# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                             )<br>            Plaintiff,                          )<br>                                                             )<br>    vs.                                             )<br>                                                             )<br>JAVIER ESTRADA,                        )<br>                                                             )<br>            Defendant.                       ) | 4:07CR3023<br><br>ORDER OF<br>DISMISSAL OF INDICTMENT |

The Motion of the United States (Filing 286) is hereby granted.  It is hereby ordered that the Indictment in this matter is dismissed without prejudice, as to the defendant, Javier Estrada.

DATED this 9th day of March, 2011.

BY THE COURT:

s/ WARREN K. URBOM
United States Senior District Judge